UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHIGAN ELECTRICAL EMPLOYEES'
PENSION FUND, MICHIGAN ELECTRICAL
EMPLOYEES HEALTH PLAN, NATIONAL
ELECTRICAL BENEFIT FUND, NATIONAL
ELECTRICAL ANNUITY FUND, BAY CITY
ELECTRICAL JOINT APPRENTICESHIP AND
TRAINING COMMITTEE TRUST, and BAY CITY
LABOR-MANAGEMENT COOPERATION FUND,

Case Number 05-10167
Honorable David M. Lawson

          Plaintiffs,
v.

CUSTOM WIRED TECHNOLOGIES L.L.C.,

          Defendant.
_____/

**ORDER RECALLING BENCH WARRANT**
**AND DISMISSING ORDER TO SHOW CAUSE**

On March 21, 2006, this Court issued a bench warrant for the arrest of one Timothy M. Little, president of defendant Custom Wired Technologies L.L.C., for his failure to appear in court on that date in response to an order requiring his appearance to show cause why he should not be held in contempt for his failure to comply with a previous order directing the turn-over of certain records. On May 2, 2006, Mr. Little was brought before the Court pursuant to an arrest on the bench warrant. Plaintiffs' counsel also appeared on that date. Mr. Little was released upon conditions that he comply with the order for production of documents. On May 8, 2006, counsel for the plaintiffs confirmed that she had received the documents previously order to be produced.

Accordingly, it is **ORDERED** that the bench warrant is **RECALLED**, the bond is **CANCELLED**, and order to show cause is **DISMISSED**.  The plaintiff may apply to the court for judgment after completing the audit involving the records ordered produced.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: May 18, 2006

cc:	Timothy Little
	Custom Wired Technologies L.L.C.
	US Marshal
	Hope L. Calati, Esquire

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served as indicated above by electronic means or first class U.S. mail on May 18, 2006.

s/Tracy A. Jacobs
TRACY A. JACOBS
